STAFFORD JONES, PETITIONER-RESPONDENT, v. BAYONNE BARREL & DRUM CO., RESPONDENT-APPELLANT.

Argued September 22, 1964—Decided October 19, 1964.

*Mr. Isidor Kalisch* argued the cause for appellant.

*Mr. Clive S. Cummis* argued the cause for respondent (*Mr. Harvey A. Lieb,* attorney).

The opinion of the court was delivered

PER CURIAM. This is a workmen's compensation case which came to us as of right because of a dissent in the Appellate Division. *R. R.* 1 :2–1(b). The Division of Workmen's Compensation, the county court, and the majority of the Appellate Division found for petitioner, albeit their factual theses were

not concordant. We are not persuaded to disturb the judgment. It is accordingly affirmed.

*For affirmance* — Chief Justice WEINTRAUB, and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—7.

*For reversal*—None.